IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOB, f/k/a | ) | |
| WESLEY LUCIEN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv451 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| OFFICER HAGEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In filing no. 59, a Memorandum and Order of May 11, 2005, the court gave the plaintiff until June 1, 2005 to file an Amended Complaint, in the absence of which defendants-Carol S. Mosley and Jennifer S. Wade ("Nurse Carol" and "Nurse Jennifer"), and defendants-Barta and Brown, corrections officers at the Douglas County Correctional Center ("DCCC"), would be subject to dismissal from this litigation. The plaintiff, Job, f/k/a Wesley Lucien Williams, has not filed an Amended Complaint, and the deadline has expired. Therefore, defendants-Mosely, Wade, Barta and Brown are dismissed from this case, and filing nos. 33, 54, 56 and 65 are granted to that extent. [1]

SO ORDERED.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge

---

[1]This case will proceed against the remaining defendants, in their individual and official capacities, in accordance with filing no. 60, the Order Setting Schedule for Progression of Case entered by Magistrate Judge F. A. Gossett on May 13, 2005.